```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 38739
   AMATIGUE GUINDO
   CHARLENE MADISON GUINDO                      CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6521    SSN XXX-XX-0441

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/20/2005 and was confirmed 11/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/11/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     CURRENT MORTG    44583.51           .00         44583.51
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE    13318.36           .00              .00
ONYX ACCEPTANCE CORP       SECURED          21100.00        140.98              .00
ONYX ACCEPTANCE CORP       UNSECURED         1911.82           .00              .00
OSI COLLECTIONS            UNSECURED          716.53           .00              .00
ZWICKER & ASSOCIATES       NOTICE ONLY     NOT FILED           .00              .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          377.34           .00              .00
BANK ONE                   UNSECURED       NOT FILED           .00              .00
LDG FINANCIAL SERVICES     NOTICE ONLY     NOT FILED           .00              .00
CAPITAL ONE                UNSECURED          532.57           .00              .00
RISK MGMT ALT              NOTICE ONLY     NOT FILED           .00              .00
CHADWICKS OF BOSTON        UNSECURED       NOT FILED           .00              .00
JP MORGAN CHASE BANK NA    UNSECURED          361.40           .00              .00
CITI                       UNSECURED       NOT FILED           .00              .00
NCO FINANCIAL SYSTEMS      NOTICE ONLY     NOT FILED           .00              .00
EMERGE                     UNSECURED       NOT FILED           .00              .00
GE MONEY BANK              UNSECURED       NOT FILED           .00              .00
ARROW FINANCIAL SERVICES   NOTICE ONLY     NOT FILED           .00              .00
MRS ASSOCIATES             UNSECURED       NOT FILED           .00              .00
MEMBERS ADVANTAGE CU       UNSECURED         2074.15           .00              .00
SEARS                      UNSECURED       NOT FILED           .00              .00
CERTEGY                    NOTICE ONLY     NOT FILED           .00              .00
SPIEGEL                    UNSECURED       NOT FILED           .00              .00
WAL MART STORES INC        UNSECURED       NOT FILED           .00              .00
FRIEDMAN & WEXLER          NOTICE ONLY     NOT FILED           .00              .00
ECAST SETTLEMENT CORP      UNSECURED         2861.97           .00              .00
SUPERIOR AIR GROUND        UNSECURED          857.57           .00              .00
ECAST SETTLEMENT CORP      UNSECURED          790.27           .00              .00
CHASE MANHATTAN BANK       UNSECURED         5574.60           .00              .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         1777.47           .00              .00
RESURGENT CAPITAL SERVIC   UNSECURED         4179.35           .00              .00
ROUNDUP FUNDING LLC        UNSECURED         1976.96           .00              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 38739 AMATIGUE GUINDO & CHARLENE MADISON GUINDO
```

```
US DEPT OF HUD          SECURED NOT I        .00              .00             .00
PETER FRANCIS GERACI    DEBTOR ATTY     2,700.00                         2,700.00
TOM VAUGHN              TRUSTEE                                          3,035.33
DEBTOR REFUND           REFUND                                           1,817.04

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    52,276.86

PRIORITY                                                 .00
SECURED                                            44,583.51
    INTEREST                                          140.98
UNSECURED                                                .00
ADMINISTRATIVE                                      2,700.00
TRUSTEE COMPENSATION                                3,035.33
DEBTOR REFUND                                       1,817.04
                         ---------------      ---------------
TOTALS                     52,276.86              52,276.86
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 11/19/08               _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 05 B 38739 AMATIGUE GUINDO & CHARLENE MADISON GUINDO